**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE ANDREW LOBATO,<br><br>        Petitioner,<br><br>    v.<br><br>SYLVIA H. GARCIA, Warden,<br><br>        Respondent. | NO. CV 10-02710 MMM (SS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 21, 2010

                                   *Margaret M. Morrow*
                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE